UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 22-cr-00089-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| PAUL VINCENT WILLIAMS (01) | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation (Rec. Doc. 32) of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed (Rec. Doc. 36) and the response thereto (Rec. Doc. 37), and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress (Rec. Doc. 20) is **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the 14th day of February, 2023.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE